IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **RALPH M. PORTER JR.,** | § § § | |
| Plaintiff, | § § § | Civil Action No. 4:23-cv-00056-ALM-CAN |
| v. | § § § | |
| **THE MONEY SOURCE, INC., and FIRST BANK,** its/their successors and/or assigns, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is Joint Stipulation of Dismissal With Prejudice pursuant to FRCP 41(a)(1)(A)(ii) jointly filed by Plaintiff and the Defendants ("Stipulation" - Dkt. 20). After reviewing the Stipulation, and all relevant filings, and finding that the parties are in agreement, the Court finds that the Stipulation should be **GRANTED**; and therefore,

**IT IS ORDERED** that by agreement of the parties, the above captioned and numbered civil action is hereby dismissed, with prejudice, including all claims, defenses, and counterclaims filed by any party.

**IT IS FURTHER ORDERED** that by agreement of the parties, all court costs and attorney's fees incurred shall be borne by the party incurring same, except as otherwise contemplated by the loan documents.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**
SIGNED this 5th day of June, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE